

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Charles Edward Robinson,

\* From the 12th District Court
of Walker County,
Trial Court No. 24732.

Vs. No. 11-12-00295-CV

\* April 29, 2016

Austin Wiley Garcia,

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

Both the opinion and judgment of this court dated July 9, 2015, and entered in the minutes of this court at Volume 38, page 296 are withdrawn. The opinion and judgment of this court dated April 29, 2016, are substituted therefor.

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Charles Edward Robinson,

\* From the 12th District Court
of Walker County,
Trial Court No. 24732.

Vs. No. 11-12-00295-CV

\* April 29, 2016

Austin Wiley Garcia,

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and the cause is remanded for a new trial. The costs incurred by reason of this appeal are taxed against Austin Wiley Garcia.